# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| C. HARPER KIA, | : | No. 81 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA; | : | |
| DEPARTMENT OF STATE; BUREAU OF | : | |
| PROFESSIONAL AND OCCUPATIONAL | : | |
| AFFAIRS; STATE BOARD OF VEHICLE | : | |
| MANUFACTURERS, DEALERS AND | : | |
| SALESPERSONS, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of July, 2017, the Application for Reargument *Nunc Pro Tunc* is **DENIED**.